UNITED STATES of America,
Plaintiff—Appellee,

v.

Michael Darnell WILKERSON,
Defendant—Appellant.

No. 09–6198.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 16, 2009.

Decided: April 27, 2009.

Michael Darnell Wilkerson, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Darnell Wilkerson appeals the district court's order denying his motion for sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Wilkerson,* No. 5:01–cr–00301–H–1 (E.D.N.C. Jan. 28, 2009). We also deny

Wilkerson's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*